**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FORREST J. WHICHARD IV,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **Case No. 4:26-cv-10193** |
| | § | |
| **FIRST ENVIRONMENT EROSION CONTROLS, INC. AND RICHARD J. MARTIN** | § | |
| | § | |
| | § | |
| | § | |
| **DEFENDANTS.** | § | |

**<u>CERTIFICATE OF INTERESTED PERSONS</u>**

The undersigned counsel certifies that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

1. Forrest J. Whichard IV, Plaintiff;
2. First Environment Erosion Controls, Inc., Defendant;
3. Richard J. Martin, Defendant; and
4. Douglas B. Welmaker and Welmaker Law, PLLC, counsel for Plaintiff.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: *<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker
Texas State Bar No. 00788641
S.D. Tex. Bar No. 17038
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR PLAINTIFF**