**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Forrest J. Whichard, IV | § | |
| | § | |
| *versus* | § | Case Number: 4:26−cv−10193 |
| | § | |
| First Environment Erosion Controls, Inc., et al. | § | |

# NOTICE REGARDING CONSENT TO JURISDICTION OF A MAGISTRATE JUDGE

This Notice is to remind Parties of their right to consent to the jurisdiction of a Magistrate Judge to preside over all proceedings, including trials, and enter a final judgment in the same manner as a District Judge. Consent to the jurisdiction of Magistrate Judges improves the efficiency of the courts. The Judges of this Court encourage parties to consent to the jurisdiction of Magistrate Judges pursuant to 28 U.S.C. § 636(c).

Upon all parties' consent, the case will be transferred to the Magistrate Judge assigned to this case who will assume all the duties and powers of the District Judge, including the power to preside over jury trials and enter final judgment.

All parties are free to consent or withhold consent to Magistrate Judge jurisdiction without any adverse consequences.

Absent the parties' mutual consent to Magistrate Judge jurisdiction, District Judges may still refer any or all pretrial matters to Magistrate Judges pursuant to 28 U.S.C. § 636(b).

If all parties choose to consent, please execute the attached Consent form, and file it with the Clerk of Court. If all parties do not consent, no further action is necessary.

Date: November 23, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ______________________________, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | Civil Action No. _______________ |
| | § | |
| ______________________________, | § | |
| | § | |
| Defendant(s). | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge preside over all further proceedings, including the trial and entry of final judgment pursuant to 28 U.S.C. § 636(c).

____________________________________ ____________________________________

____________________________________ ____________________________________

____________________________________ ____________________________________

## ORDER OF TRANSFER TO MAGISTRATE JUDGE

This case is transferred to United States Magistrate Judge

__________________________________________________

to conduct all further proceedings, including final judgment.

____________________ ____________________________________
Date United States District Judge